# UNITED STATES DISTRICT COURT
for the

_____ District of South Carolina _____

| | |
|---|---|
| United States of America<br>v.<br><br>KELLY SMITH<br>*Defendant* | )<br>)<br>) Case No. 9<br>) 2:21-cr-675<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of Court

| Place: Hollings Judicial Center<br>85 Broad Street<br>Charleston, SC 29401 | Courtroom No.: 6 |
|---|---|
| | Date and Time: October 27, 2021 9:30AM |

This offense is briefly described as follows:
Title 18, United States Code, Section 2252A(a)(5)(B)
Title 18, United States Code, Section 2252a(b)(2)
Title 18, United States Code, Section 2253
Title 28, United States Code, Section 2461(c)

Possession of Child Pornography involving a Prepubescent Minor.
Forfeiture.

Date: 10/13/2021

s/Elena Graham
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

[X] Executed and returned this summons
[X] Certified Mailed  10-13-2021
[X] Signed Receipt Date 10-16-2021
[X] Signed by  K Smith CGR 16C19

Date: 10-26-2021

[ ] Returned this summons unexecuted
[ ] Certified Mailed _____
[ ] No Response _____
[ ] Defendant Appeared  [ ] Defendant Failed to Appear

*Bonnie Walters*
*Server's signature*

Bonnie Walters, Records Examiner Analyst
*Printed name and title*