IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**BEAUFORT DIVISION**

**United States of America**

     **vs**                                 **CR NO. 9:21-675**

**Kelly Smith**

## PLEA

The defendant, **Kelly Smith,** having withdrawn his plea of Not Guilty entered October 27, 2021, pleads **GUILTY to Count 1** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

February 11, 2022